1  Steven J. Skikos (SBN 148110)
   Mark G. Crawford (SBN 136501)
2  Kathleen N. Millican (SBN 203691)
   LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
3  625 Market Street, 11th Floor
4  San Francisco, CA 94105
   Telephone: 415-956-5257
5  Facsimile: 415-956-4416
6  kmillican@lopez-hodes.com

7  Attorneys for Plaintiff

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CRB<br>MDL Docket No. 1699 |
| 13  RICHARD ABERNATHY, ROBERT FELLERS, ROBERT GREER, ARTHUR LOREDO, ARITHA MARSHALL, DANIEL McCLANNAHAN, EARL SANDERS, PATRICIA STEELE and JOEL WOOD<br><br>Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC.,<br><br>Defendants. | CASE NO. C 06 6127 CRB<br><br>JUDGE CHARLES R. BREYER<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br>[Fed. R. Civ. Pro. 41(a)(2)] |

26  Come now the Plaintiff ROBERT GREER and Defendants, by and through the
27  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
28  stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys'

1 | fees and costs. Should Plaintiff ROBERT GREER or a representative of Plaintiff attempt to re-file
2 | claims against Defendants, they shall do so only by re-filing in the United States District Court.

Plaintiff ROBERT GREER'S claim was filed in a consolidated, multi-plaintiff complaint against defendants. This dismissal is a partial dismissal of plaintiff ROBERT GREER'S claims only and does not affect any claim brought by the remaining plaintiffs.

Dated: March 21, 2007

LOPEZ HODES RESTAINO MILMAN & SKIKOS

By: _____
Steven J. Skikos, Esq.
Kathleen N. Millican, Esq.
Attorneys for Plaintiff ROBERT GREER

Dated: March 20, 2007

GORDON & REES LLP

By: _____
Stuart M. Gordon, Esq.
Attorneys for Defendants

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that the claims of plaintiff ROBERT GREER only are dismissed without prejudice.

DATED: March 23, 2007

The Hon. _____
Judge of _____

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE