1  Steven J. Skikos (SBN 148110)
   Mark G. Crawford (SBN 136501)
2  Kathleen N. Millican (SBN 203691)
3  LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
   625 Market Street, 11th Floor
4  San Francisco, CA 94105
   Telephone: 415-956-5257
5  Facsimile: 415-956-4416
6  kmillican@lopez-hodes.com

7  Attorneys for Plaintiff ARTHUR LOREDO

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IN RE: BEXTRA AND CELEBREX<br>12  MARKETING AND SALES PRACTICES AND<br>    PRODUCT LIABILITY LITIGATION<br>13 | Master Docket No. M:05-CV-01699-CRB<br><br>MDL Docket No. 1699 |
| 14  RICHARD ABERNATHY, ROBERT FELLERS,<br>    ROBERT GREER, ARTHUR LOREDO, ARITHA<br>15  MARSHALL, DANIEL McCLANNAHAN, EARL<br>    SANDERS, PATRICIA STEELE and JOEL<br>16  WOOD | CASE NO. C 06 6127 CRB<br><br>JUDGE CHARLES R. BREYER |
| 17            Plaintiffs,<br>18  vs.<br>19 | STIPULATION AND ORDER OF<br>VOLUNTARY DISMISSAL WITHOUT<br>PREJUDICE<br>[Fed. R. Civ. Pro. 41(a)(2)] |
| 20  G.D. SEARLE & CO.; PHARMACIA<br>    CORPORATION; MONSANTO COMPANY; and<br>21  PFIZER, INC., <br>22            Defendants. | |

26   Come now the Plaintiff ARTHUR LOREDO and Defendants, by and through the

27  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

28  stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys'

---

1
STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

fees and costs. Should Plaintiff ARTHUR LOREDO or a representative of Plaintiff attempt to re-file claims against Defendants, they shall do so only by re-filing in the United States District Court.

Plaintiff ARTHUR LOREDO'S claim was filed in a consolidated, multi-plaintiff complaint against defendants. This dismissal is a partial dismissal of plaintiff ARTHUR LOREDO'S claims only and does not affect any claim brought by the remaining plaintiffs.

Dated: April 24, 2007

**LOPEZ HODES RESTAINO MILMAN & SKIKOS**

By: _____
Steven J. Skikos, Esq.
Kathleen N. Millican, Esq.
Attorneys for Plaintiff ARTHUR LOREDO

Dated: April 24, 2007

**GORDON & REES LLP**

By: _____
Stuart M. Gordon, Esq.
Attorneys for Defendants

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that the claims of plaintiff ARTHUR LOREDO only are dismissed without prejudice.

DATED: April 25, 2007

_____
The Hon. Charles R. Breyer
Judge of the District Court

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER OF [DISMISSAL WITH]OUT PREJUDICE