1  Steven J. Skikos (SBN 148110)
   **LOPEZ, HODES**
2  625 Market Street, 11th Floor
   San Francisco, CA 94105
3  Telephone: 415-956-5257
   Facsimile: 415-956-4416
4

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11
    **IN RE BEXTRA AND CELEBREX**              )   **CASE NO. C 06 6127 CRB**
12  **MARKETING, SALES PRACTICES AND**         )
    **PRODUCTS LIABILITY LITIGATION**          )
13                                             )   **MDL DOCKET NO. 1699**
    _____        )   **District Judge: Charles R. Breyer**
14  This document relates to                   )
                                               )
15  RICHARD ABERNATHY, ROBERT                  )
    FELLERS, ROBERT GREER, ARTHUR              )   **STIPULATION AND ORDER OF**
16  LOREDO, ARITHA MARSHALL, DANIEL            )   **DISMISSAL WITH PREJUDICE OF**
    McCLANNAHAN, EARL SANDERS,                 )   **PLAINTIFF DANIEL**
17  PATRICIA STEELE and JOEL WOOD,             )   **MCCLANNAHAN'S CLAIMS ONLY**
                                               )
18                                             )
                    Plaintiffs,                )
19                                             )
    vs.                                        )
20                                             )
    G.D. SEARLE & CO., PHARMACIA               )
21  CORPORATION; MONSANTO COMPANY,             )
    a Delaware corporation; PFIZER, INC., a    )
22  Delaware corporation,                      )
                                               )
23                                             )
                    Defendants.                )
24  _____        )

25      Pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(i)(ii), the undersigned counsel

26  hereby stipulate that all claims of plaintiff Daniel McClannahan, only, against defendants G.D.

27  SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, PFIZER, INC.,

28  PFIZER GLOBAL RESEARCH & DEVELOPMENT and all other named defendants be

                                                                                              1

1  dismissed in their entirety with prejudice, each party to bear its own costs. Plaintiff Daniel
2  McClannahan's claim was filed in a consolidated, multi-plaintiff complaint against defendants.
3  This dismissal is a dismissal of plaintiff Daniel McClannahan's claims only and does not affect
4  any claim brought by the remaining plaintiffs.

Dated: August 31, 2009                    LOPEZ HODES

                                          By: _____
                                          Steven J. Skikos
                                          Attorneys for Plaintiff, DANIEL
                                          McCLANNAHAN

Dated: Oct. 22, 2009                      DLA PIPER LLP (US)

                                          By: /s/
                                          Matt Holian
                                          Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8, 2009

                                          _____
                                          Hon. Charles R. Breyer
                                          United States District Judge

2